## Exhibit A to the Complaint

**Location:** Bradenton, FL  **IP Address:** 47.201.230.75
**Total Works Infringed:** 27  **ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A41CA9CDF5E1265E4080B8FF535153BA1F52B6D8<br>File Hash:<br>7478F71FA1C2D7B4A26A5E56E65830F689ECB424908F2FF87FE29C837262EBB7 | 09-12-2022 08:18:11 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 2 | Info Hash: 8A5A466398568BE5972C507767930D7F8F5B37AA<br>File Hash:<br>056528E87248DB8C9FC9DC64036527838117EFD5149DD075B706CAFA8F8D1FDF | 09-12-2022 08:11:53 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 3 | Info Hash: 86C18487578E45172FA87A102FA37E2660FFF7A3<br>File Hash:<br>C69D40874320AA3D5184A284181943DF96513ED55CAF687E769D5A7EA14C162F | 09-11-2022 19:19:23 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 4 | Info Hash: FBD6BBE7A5CC7FEB803A35B75EBE9C49312954B2<br>File Hash:<br>B673E68789BE530B8063FE9BDCFC751A2B8436C6D56685E00157F96405768839 | 09-11-2022 18:46:24 | Blacked | 10-02-2018 | 10-16-2018 | PA0002127785 |
| 5 | Info Hash: 9F6478F36D2C64CAC47006AC86A0CFFDE4BEEED6<br>File Hash:<br>C1A2A9457246F2909922EC1F06E59880AB6AF20FBD0DE8DFAD00E1D4B1D222E9 | 05-29-2022 22:11:42 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 6 | Info Hash: 4D63B8107ECB08BC2363E00D8CA2F2A570D981F1<br>File Hash:<br>9AC9292886DB9820048DF3E26DF9761CB8DFF0735AC13E7A17CEB465F1C959BD | 05-27-2022 04:14:25 | Slayed | 12-07-2021 | 01-07-2022 | PA0002337491 |
| 7 | Info Hash: 39B3D57E0FB4BB6A79DA794635525E794F4DA1D3<br>File Hash:<br>26191AF672E6797E5CE43E79D9A9385CA96C0DB145423E53D84A2C28CB1B7884 | 04-27-2022 08:39:41 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 8 | Info Hash: 46F84EF35ED852694DFFE90821724A9E4A0EE41F<br>File Hash:<br>386CBBD60EFD72646EF76C1C78182F896F3233202D1A00E321D1851AD9B60BA2 | 04-26-2022 08:48:20 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 9 | Info Hash: 197FAB6A9620A7F6B392B44821137931507AAE96<br>File Hash:<br>0A8B96F277B75D496C7851915ABA06F7EA1E475D94633164EFE9FFFC951765E9 | 04-25-2022 07:51:00 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 10 | Info Hash: 9B467A1CF085146D51BF102BF0209E3C8891EB07<br>File Hash:<br>0EBCE8440AF533208EBAA3D9402FA53083406530B3740828E0131A1EB6DAE235 | 03-29-2022 15:18:28 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 11 | Info Hash: 5E895C99167DC14F740D578515707EA3BFA9F0F2<br>File Hash:<br>8679396D7C6C4417C6CF4ECB1616891043F523FAA8D5702A2057AC953380AA1C | 03-28-2022 07:20:45 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 1046E817AEB1AB53551EFDDC2F42EBBDE45D0DFF<br>File Hash:<br>97CFD791A0EFDE2A75DF47466A52FFEF394365003CACC8965C4E94E9B274E504 | 12-21-2021 16:47:25 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 13 | Info Hash: 331C4C8842676BF2C6FDBC1D6017CDD287FA759B<br>File Hash:<br>BAE4188FB4D988C057B8E4472E7B01E2B3EF42CD4CE9A3350C38398C608A9E61 | 11-12-2021 02:36:05 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 14 | Info Hash: 0556BB418BB883A18019D2498F9763DA83DBE097<br>File Hash:<br>A04E22EF63D6E667C7D75921B263C68C8C9FFA058DF066F0F50E7A645BC9372B | 10-28-2021 22:00:04 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 15 | Info Hash: BD1E1B74139A3559A7D74C32C30C8C5AF26E216C<br>File Hash:<br>C32D75398C1407BF9888D2B86FC69B9FAAEA5AD150316F9D5D4243879CB41011 | 07-02-2021 21:39:53 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 16 | Info Hash: AB18E686D8BB4C2C0B9988769FBA6B09D1CC3A5B<br>File Hash:<br>5EA8D9D7E2392F0CFAE8CF0CAFE6EF9A696E57669DE792EBEF1B80148116EAA0 | 05-26-2021 08:24:28 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 17 | Info Hash: 6A92ED95AA76F89E27CFF587A77FFFDE83362E81<br>File Hash:<br>81257EA14F9E6CD648CA3C84F68F6A91B67032FD55A247ADCA1F38514DF12A0C | 05-26-2021 04:04:32 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 18 | Info Hash: 1E4D9151E4CEC98F69A92CD6D6FE68C5E8972F23<br>File Hash:<br>6FF23A945682BC54C4CBB35994A2BCE8AACE536D816BCEED05F7426578356633 | 05-25-2021 05:41:38 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 19 | Info Hash: C00EDC1F12E5051872EB0D78C518EF755F9AB034<br>File Hash:<br>90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 04-28-2021 11:11:10 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 20 | Info Hash: 83049167F980EBA8568708D98C7390661DD0F988<br>File Hash:<br>02A2D17061D20282FB5526660C8D3424BF1C51AD1AC861EAA1AB94BBF2E8E0E3 | 04-28-2021 10:39:27 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 21 | Info Hash: D82FDB876FA61FBF5779B56DE254C06867BD82D4<br>File Hash:<br>F5D43B4293E841C1705701B929D6246EC86EAF539F9CA169B5037A89C1ED85E4 | 04-28-2021 10:29:49 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 22 | Info Hash: 12A99808A140787E996465A4E0FF5CEE81E1B235<br>File Hash:<br>ADF52846FDA2D0B5E56E954ABF6BEDC4B2EBD1C155979440218310D60C0FF4D2 | 03-24-2021 14:32:02 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 23 | Info Hash: 3AD113146AB30294B13B3B0CC341A2D9BBBF0A67<br>File Hash:<br>674CBE3EC3181117CC11DB32FEED40EE7874819397EC031284DC09893EB65E43 | 12-23-2020 20:20:50 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 9DFB2B28348D2D9F5CEE9E2B3D6B412C0A037F67<br>File Hash: 83CA17C0119571E11B4A3870A466DF2DF140E9DF6908DF2875BB600BF158DA60 | 12-23-2020 01:16:36 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 25 | Info Hash: 846CCA7D98DA5CADD7D4E415EBA6B2204447AC63<br>File Hash: 24E9CEB0B54A1177FC97999A606CB7847BBB97C2DD69EEFA787D67023FAD43B2 | 12-23-2020 00:48:08 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 26 | Info Hash: ECAEDDE473DBA660A43A865C62E3751CDEE4ED67<br>File Hash: A152476B113600C9ABBF6C45C9526DDA7906B6D77FDA395150EAE83581F69041 | 12-23-2020 00:14:13 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 27 | Info Hash: CBA0783CF6966E0830D53C90D289FF1EFB306463<br>File Hash: AC07E22B51D482710B2F91D60C2614E8C6523BB9766C70C2CBA7879ED20C6543 | 12-22-2020 23:10:03 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |